AO 91 (Rev. 11/11)  Criminal Complaint

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

# UNITED STATES DISTRICT COURT
for the
District of Maryland

JUL **1 9** 2019

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>TAMUFOR NCHUMULUH ST. MICHAEL<br><br>*Defendant(s)* | Case No. **19-2413 ADC** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 19, 2019__ in the county of _____ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Sec. 922(a)(1) | engaging in the business of importing, manufacturing, or dealing in firearms without a license |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Jennifer Marks, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **19 July 2019**

City and state: Baltimore, Maryland

_____
*Judge's signature*

A. David Copperthite, U.S. Magistrate Judge
*Printed name and title*