# SUPPLEMENTAL SENTENCING LETTERS

Hon. Richard D. Bennett
United States District Court
United states Courthouse
101 W. Lombard Street
Baltimore, MD 21201

    Re:    United States v. Tamufor St. Michael
           Criminal No. CCB 20-0115

Dear Judge Blake,

My name is Noella M. Tamufor and my beloved husband is Tamufor N. St. Michael. We have been married for 13 years and to date I still love him. I am a Physician working at MedStar Union Memorial Hospital as a hospitalist. I will not be able to do what I love, saving lives if it were not for the support I have from my husband.

My husband and I met in Secondary school and were classmates at the time till we reunited while I was in medical school . My husband has always had a great heart and has remained true to himself and to our family. He supported me through medical school and even when I immigrated to the US with plans for residency. Despite the many roadblocks we have had along the way he has worked so hard to take care of the kids and I without ever complaining. Starting in the US as a Physician is very challenging since you have to pay for board reviews, take the board exams and pre-COVID travel for every single interview. My husband had to work 2 to 3 jobs to put food on the table while enabling me to study for my board exams. He will return from his active duty with the military, rest for an hour or so, go for pizza delivery and rent cars during the weekend.

Tamufor is also a wonderful father and our kids love him so much. He was the mother and father to my 1 year old and 5 year old sons when I had to move for residency in Nashville, Tennessee. He will prepare them for school and be there for their extracurricular activities. He has never once told me it was a daunting role, even when I knew he was holding up for the both of us. My youngest did not even know me, he would run to his dad for everything even when I was around. I am thrilled by the great impact he has had on our kids and how they are slowly growing to be responsible and hardworking men in the community. We do have large extended families but he always finds a way to reach out and assist family, friends and members of the community the best he can. He has continually assisted his parents who are terminally sick despite having to deal with his own challenges and care for our family. In addition to doing all of this, he has remained a good listener, he still has the time to listen to me cry after a troubling case at the hospital.

I have just been worried in the last few months about his increased alcohol intake and I do understand given all the changes and moving parts in our lives at this time. I understand the

seriousness of his case and I have been guiding him to live a law-abiding life and I am respectfully pleading for a home arrest or lenient sentence since he is a great support and asset to our family. When I look back at our lives, our laughs and our struggles it has been a challenging and wonderful adventure. If I were to choose again, I will choose him and I will choose us. He is my best friend and the best support system I have.

Yours Sincerely,

Noella M. Tamufor



**Global Aid for Africa (GAA), with UN Special Consultative Status.**
**Harare /Zimbabwe /www.globalaidforafrica.org/office@globalaidforafrica.org/**
**+263715019317**

July 23, 2021
Hon. Richard D. Bennett
United States District Court
United States Courthouse,
101W Lombard Street
Baltimore, Md 21202

        RE:    United States v. Tamufor St. Michael
                Criminal No. CCB 20-0115

Dear Judge Blake:

Accept warm greetings from Global Aid for Africa (GAA), Zimbabwe, having known Mr. Tamufor St. Michael for five years till date as one of our principal donors for the construction of handicap centers for persons with special needs across Africa through his Palm Tennis Federation, a Nonprofit organization, it is my pleasure to submit a letter of character reference on behalf of Mr. Tamufor St. Michael.

Mr. Tamufor St. Michael has every quality it takes to be a Philanthropist supporting persons with special needs and the underprivileged across Africa which is one of greatest African challenges.

Looking at Mr. Tamufor St. Michael philanthropist character with regards to his past and recent support for persons with special needs across Africa which I must confess is quite rare and a non-event to many African Diaspora Leaders.

My Lord, there is no doubt that Mr. Tamufor St. Michael will not excel to the rank of Bill Gate philanthropist leadership and character in the days ahead.

Mr. Tamufor St. Michael also possesses advanced leadership and social skills demonstrated by positions when it comes to issues relating to volunteerism. On personal note, he is much in

control of his emotions and gets on well with the environment and most people around him. He is polite, respectful, empathetic, and kind.

He has an excellent intellectual ability and is quite experienced in community development.

My Lord we understand the gravity of his offence and wished this should not have happened and on behalf of the underprivileged children across Africa we pray you pardoned him for the very first and last time.

My Lord with the power vested upon you It's against this backdrop that we are seeking support from your high office to temper justice with mercy.

Sincerely yours,

DONE in July /23rd/ 2021

**Mr.Gorden Sithol**
**Country Director, Zimbabwe**
**Global Aid for Africa (GAA)**